UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61701-CIV-DAMIAN/Valle

**CELLPOINT INTL.**,

    Plaintiff,

v.

**MARK LAFFLER**,

    Defendant.

_____/

## ORDER REQUIRING RESPONSE TO MOTION

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.

On October 9, 2025, Defendant, Mark Laffler ("Defendant"), filed a Motion to Dismiss [ECF No. 8]. Pursuant to the Local Rules, "each party opposing a motion shall file and serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c)(1). Therefore, a response to Defendant's Motion to Dismiss was due by October 23, 2025. To date, the record reflects that Plaintiff has failed to respond to the Motion to Dismiss or requested an extension of time to do so. It is therefore

**ORDERED** that Plaintiff shall file an opposing memorandum of law to the Motion to Dismiss by **October 31, 2025**, or show cause in writing why the Motion should not be granted by default. Failure to respond by the above deadline will result in Defendant's Motion to Dismiss being granted by default without further notice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida this 28th day of October, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**